**MARK D. PLAISANCE**
Attorney-at-Law
P.O. Box 796
Thibodaux, LA 70302
(225) 775-5297
(985) 227-4588
(888) 820-6375 (Fax)

October 21, 2015


Lyle Cayce
Clerk of Court
United States Federal Court
600 S. Maestri Place
New Orleans, LA 70130

        Re:    Ray v. Stages Stores
                15-30787

Dear Mr. Cayce:

Please note my event request for a 15-day brief extension in this matter. Counsel for both defendants have no objection.

The extension is requested since I was in Washington DC between October 5-14, 2015, preparing for and arguing Montgomery v. State, 14-280 before the United States Supreme Court.

Please call with any questions.


Sincerely,

/s/ Mark D. Plaisance
Mark D. Plaisance